UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| QINLAN ZHAO, | CASE NO. 23-cv-1228 |
| Plaintiff, | DISMISSAL ORDER |
| v. | |
| UNITED STATES DEPARTMENT OF STATE; UNITED STATES CONSULATE GENERAL VANCOUVER, | |
| Defendants. | |

Plaintiff Qinlan Zhao initiated this action on August 10, 2023, seeking a writ of mandamus compelling Defendants United States Department of State and United States Consulate General Vancouver to finalize administrative processing of Zhao's H-1B visa. Dkt. No. 1. Since filing the Complaint, Zhao has taken no action on the case docket and has submitted no proof to the Court that the Complaint has been served on Defendants. *See* Dkt.

On October 11, 2023, the Court issued a scheduling order requiring submission of a Joint Status Report by December 26, 2023. Dkt. No. 6. No Joint Status Report has been filed. *See* Dkt. On September 5, 2024, the Court issued an

**DISMISSAL** ORDER - 1

Order to Show Cause, instructing Zhao to "submit a short statement, not to exceed six (6) pages, explaining why this case should not be dismissed for failure to effect service of process and failure to prosecute." Dkt. No. 7. The Court expressly stated that "[f]ailure to file a response will result in dismissal of Zhao's action." *Id.*

As of this date, Zhao has made no response to the Court's Order to Show Cause and has filed no proof of service of the complaint and summons on Defendant. *See* Dkt. Accordingly, the Court DISMISSES this action without prejudice.

It is so ORDERED.

Dated this 7th day of October, 2024.

Jamal N. Whitehead
United States District Judge